UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BERN UNLIMITED, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>DYE PRECISION, INC.,<br><br>                Defendant. | Civil Action No. _____ |

## COMPLAINT

Plaintiff Bern Unlimited, Inc. for its complaint against defendant Dye Precision, Inc., states as follows:

## PARTIES

1. Plaintiff Bern Unlimited, Inc. ("Bern") is a Massachusetts corporation with its principal place of business in Kingston, Massachusetts.

2. Upon information and belief, defendant Dye Precision, Inc. ("Dye Precision") is a California corporation with its principal place of business in San Diego, California.

## JURISDICTION AND VENUE

3. This court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§1331 and 1338(a).

4. Venue is proper in this court pursuant to 28 U.S.C. §§1391(b) and 1400(b).

## FACTS

5. Bern is the owner by assignment of United States Design Patent Nos. D685,137, issued on June 25, 2013 (the "'137 Patent"), and D685,138, issued on June 25, 2013 (the "'138 Patent"), which are directed to ornamental designs for a helmet. Copies of the '137 and '138 Patents are attached as Exhibits A and B.

6. Bern makes and sells a line of bicycle helmets that incorporate the designs of the '137 and '138 Patents. Copies of pages from Bern's website, which show an example of these helmets, are attached as Exhibit C.

7. Dye Precision has made, used, offered for sale and/or sold a helmet known as the Pro-Tec Classic Street, and is continuing to do so. A copy of a page from the website shop.pro-tec.net, which shows a photograph of the Pro-Tec Classic Street, is attached as Exhibit D.

8. By making, using, offering for sale and/or selling the Pro-Tec, Dye Precision has infringed, and is continuing to infringe, the '137 and '138 Patents.

9. Upon information and belief, Dye Precision's infringement is willful.

## COUNT I
(Infringement of '137 Patent – 35 U.S.C. §281)

10. Bern repeats and realleges paragraphs 1 through 9 as if fully set forth herein.

11. Dye Precision has infringed, and is continuing to infringe, the '137 Patent.

## COUNT II
(Infringement of '138 Patent – 35 U.S.C. §281)

12. Bern repeats and realleges paragraphs 1 through 11 as if fully set forth herein.

13. Dye Precision has infringed, and is continuing to infringe, the '138 Patent.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff Bern Unlimited, Inc. requests judgment as follows:

1. Enjoining Dye Precision from further infringement of the '137 and '138 Patents;

2. Awarding Bern damages in an amount to be proven at trial;

3. Awarding Bern multiple damages, costs and attorneys' fees pursuant to 35 U.S.C. §285; and

4. Granting such other and further relief as this Court deems just and proper.

**JURY DEMAND**

Plaintiff Bern Unlimited, Inc. demands a trial by jury of all issues so triable.

Dated: August 9, 2013                Respectfully submitted,

                                     BERN UNLIMITED, INC.,

                                     By its attorneys,

                                     /s/ David S. Godkin
                                     David S. Godkin (BBO#196530)
                                     Andrew A. Caffrey, III (BBO#660481)
                                     Birnbaum & Godkin, LLP
                                     280 Summer Street
                                     Boston, MA  02210
                                     617-307-6100
                                     godkin@birnbaumgodkin.com
                                     caffrey@birnbaumgodkin.com