**EXHIBIT C**

Case 1:13-cv-11918-NMG   Document 1-3   Filed 08/09/13   Page 1 of 3

Home    Bike Helmets    Men    Brentwood

# brentwood
lightweight performance without sacrificing style

## $79.99

Size:
[ Choose a Size ▼ ]

Color / Style:
[ Choose a Color / Style ▼ ]

Quantity:
[ 1 ]

Add To Cart

**Sizing**
Summer | Winter
**Online Dealers**

















### Description

The Brentwood is Bern's most popular bike helmet for men, featuring a removable visor (patent #US D572880 S), sunglass channels for fitting your shades and airflow channels to keep you cool. Urban messengers like Kevin "Squid" Bolger and Carlos Ramirez love the versatility of this lid. "The (Brentwood) is so light and low volume, and yo', I can rock it all winter with the liner and be warm." – Squid Bolger, messenger icon, Cyclehawk, NYC.

### Specifications

| | |
|---|---|
| **Weight:** | 15 oz |
| **Standards:** | CPSC, ASTM F 2040, EN1077B and EN1078 |
| **Sizing Charts:** | Summer | Winter |
| **Liner:** | Zip mold |
| **Go All Season:** | Yes |

### Technology

Bern's exclusive Zipmold® foam is a liquid foam injection process that provides a better weight to strength ratio so Bern can provide customers with a lighter, lower profile helmet. Zipmold® hard foam meets ASTM F 2040, CPSC and EN 1078 standards for bike and skate.

## Available Upgrades

  

Zipmold Summer Comfort Liner | Men's Brentwood Standard Knit Liner | Mens Zipmold Summer Liner w/ Visor

view our available upgrades chart



**NEW FOR 2013:** All Bern Helmets with Intergrated Visors now have the ablititly to flip. See below:



Flip Visor